Probation Form No. 35                  Report and Order Terminating Probation /
(1/92)                                        Supervised Release
                                             Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                                                Crim. No. 3:05CR50/RV

WILLIAM FLOYD KENNEY, II

      On June 20, 2000, the above named was sentenced to a period of five (5) years supervised release. Mr. Kenney has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

                                             Respectfully submitted,

                                             Russell A. Szafran
                                             U.S. Probation Officer

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this  21  day of  April , 20 08 .

                                             Roger Vinson
                                             Senior U.S. District Judge